UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WONZA JACKSON                                    CIVIL ACTION

VERSUS                                           NO. 14-2974

CAROLYN W. COLVIN, ACTING                        SECTION "S" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and finding that as of this date

plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation,

hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as

its opinion. Accordingly, IT IS ORDERED that the claims of Wonza Jackson are

DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 19th day of May , 2015.

_____
UNITED STATES DISTRICT JUDGE

clmc